**93-140.** Shaffoe v. Ward. · *Erie County*, No. E-91-64. On motions to dismiss. Motions denied.

F.E. SWEENEY and PFEIFER, JJ., dissent.

RESNICK, J., not participating.

**93-151.** Ansari v. Glaser. *Hamilton County*, No. C-910118. On motion to reconsider granting of extension. Motion denied.

**93-159.** Hattie v. Hattie. *Stark County*, No. CA-9067. On motion for leave to file memorandum in support instanter. Motion granted.

**93-195.** Dennis v. Cornett. *Butler County*, No. CA92-03-047. On motion to dismiss and on request for leave to file notice of appeal and memorandum. Motion denied and request granted.

MOYER, C.J., WRIGHT and F.E. SWEENEY, JJ., dissent.

**93-197.** ,State v. Hamilton. *Lorain County*, No. 91CA005219. On motion for leave to file delayed appeal. Motion granted.

MOYER, C.J., DOUGLAS and F.E. SWEENEY, JJ., dissent.

**93-201.** State v. Johnson. *Cuyahoga County*, No. 60617. On motion for leave to file delayed appeal. Motion denied.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**93-208.** State v. Bell. *Cuyahoga County*, No. 60937. On motion for leave to file delayed appeal. Motion denied.

RESNICK and PFEIFER, JJ., dissent.

**93-226.** State v. McGlone. *Scioto County*, No. 90CA1910. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**93-252.** Perry v. Abdalla. In Habeas Corpus. On motion to dismiss. *Sua sponte*, writ granted and sheriff ordered to respond.

WRIGHT, J., would overrule the motion to dismiss.

PFEIFER, J., would grant the motion to dismiss.

RESNICK, J., not participating.

## JURISDICTIONAL MOTIONS ALLOWED

**92-2212.** Illinois Controls, Inc. v. Langham. *Cuyahoga County*, No. 60730. On motion and cross-motion to certify the record. Motions allowed.

MOYER, C.J., WRIGHT and RESNICK, JJ., dissent.

**92-2326.** Ohio Council 8, AFSCME, AFL-CIO v. Summit Cty. Child Support Enforcement Agency. *Franklin County*, No. 92AP-304. On motion to certify the record. Motion denied.

WRIGHT, J., dissents.

On cross-motion to certify the record. Cross-motion allowed.

MOYER, C.J., WRIGHT and PFEIFER, JJ., dissent.

**92-2479.** Harkcom v. Ohio Power Co. *Stark County*, No. CA-8714. On motion and cross-motion to certify the record, and on motion for leave to amend memorandum. Motions granted.

MOYER, C.J., A.W. SWEENEY and WRIGHT, JJ., dissent.

## JURISDICTIONAL MOTIONS OVERRULED

**92-2171.** Tresner v. Pepsi Cola Bottling Co. of Columbus. *Franklin County*, No. 91AP-1093. On motion to certify the record and on motion for leave to file additional authorities. Motions denied.

**92-2190.** State v. Russell. *Trumbull County*, No. 92-T-4650.